PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Summons for Offender Under Supervision

**Name of Offender:** Tania Rivera          **Docket Number:** 08-00530-001
                                            **PACTS Number:** 45583

**Name of Sentencing Judicial Officer:** Honorable William P. Dimitrouleas (SD/FL)

**Transferred to Judicial Officer:** Honorable Joseph A. Greenaway, Jr.

**Date of Original Sentence:** 08/28/2006

**Original Offense:** COUNT ONE: Conspiracy to Commit Robbery
                      COUNT TWO: Robbery

**Original Sentence:** 24 months imprisonment; 36 years supervised release.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 01/18/08

**Assistant U.S. Attorney:** To be assigned, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** To be assigned, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number   Nature of Noncompliance

1                  The offender has violated the supervision condition which states **'The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.'**

                   On January 22, 2009, the offender's mental health treatment plan was updated to include participation in weekly individual counseling sessions at the COPE Program in Montclair, New Jersey. On May 15, 2009, the offender was discharged from the program after she continuously failed to appear for scheduled treatment sessions.

2      The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

On August 28, 2008, June 9, 2009, July 29, 2009, August 6, 2009, the offender submitted urine samples which were positive for the use of PCP. The sample submitted on July 29, 2009 and August 6, 2009 also returned a positive for marijuana, morphine, and cocaine.

3      The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On July 23, 2009, a substance abuse assessment was conducted and the offender was directed to participate in weekly group and individual counseling sessions at the Integrity Program in Newark, New Jersey. On August 10, 12, and 17, 2009, the offender failed to appear for scheduled individual and group counseling sessions. In September 2009, the offender only attended two sessions, and has not attended since that time.

4      The offender has violated the supervision condition which states '**You shall notify the probation officer within 10 days of any change of residence or employment.**'

On May 13, 2009, the offender reported she was no longer working with Acorn Marketing, Wayne, New Jersey. According to employment records, the offender was laid-off from her position on April 6, 2009.

The offender failed to notify the probation officer within 10 days of her change in employment status at Acorn Marketing.

I declare under penalty of perjury that the foregoing is true and correct.

By: Elisa Martinez
U.S. Probation Officer
Date: 10/30/09

---

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: December 3, 2009 at 11:30 am
[ ] No Action
[ ] Other

Signature of Judicial Officer

11-9-09
Date